UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2007 MAR 28 PM 2: 23
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO.   6:07-cr- 0041-ORL-19-KRS
                21 U.S.C. § 846
CHRIS JOHN CRANSTON          21 U.S.C. § 841(a)(1)
MARK ANTHONY SMIGIELSKI      21 U.S.C. § 853 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown to the Grand Jury, but no later than in or around April 2006, and continuing through on or about May 22, 2006, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**CHRIS JOHN CRANSTON**
**and**
**MARK ANTHONY SMIGIELSKI**

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons, both known and unknown to the Grand Jury, to manufacture and possess with intent to manufacture marijuana plants, a controlled substance listed in Schedule I of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vii), the amount of marihuana plants as charged herein was 100 or more.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about May 22, 2006, in Brevard County, Florida, in the Middle District of Florida,

**CHRIS JOHN CRANSTON**
**and**
**MARK ANTHONY SMIGIELSKI**

the defendants herein, did knowingly, intentionally, and willfully manufacture and possess with the intent to manufacture marijuana plants, a controlled substance listed in Schedule I of Title 21, United States Code, Section 812.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vii), the amount of marihuana plants as charged herein was 100 or more.

All in violation of Title 21, United States Code, Sections 841(a)(1).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853(a).

2. For their engagement in the violation alleged in Counts One and Two of this Indictment, said violation being punishable by imprisonment for more than one year,

**CHRIS JOHN CRANSTON
and
MARK ANTHONY SMIGIELSKI**

the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all right, title, and interest they may have in:

    a.     Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

    b.     Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

    3.     If any of the property described above, as a result of any act or omission of the defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property, which cannot be divided without difficulty.

the United States of America shall be entitled to, and shall pursue, forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
Vincent A. Citro
Assistant United States Attorney

By: _____
Carolyn J. Adams
Assistant United States Attorney
Chief, Orlando Division